IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-02287-PSF-BNB

TYRONE W. ALLEN,
JAMES BAILEY,
SENECA NICHOLSON, and
A CLASS OF SIMILARLY SITUATED INDIVIDUALS,

Plaintiffs,

v.

INTERSTATE SALES & SERVICE AUTO BROKERS,
SECURITY CAPITAL FUNDING,
FAR SIDE FINANCE, LLC,
DON MASSEY CADILAC, INC., and
AMERICREDIT FINANCIAL SERVICES,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiffs' **Motion to File Fourth Consolidated Amended Complaint and Contemporaneous Amendment to the Complaint** (the "Motion"), filed August 2, 2005.  The plaintiffs seek leave of Court to file a fourth amended complaint.  This case has been dismissed without prejudice based on the plaintiffs' repeated failures to file a complaint in compliance with the local rules of this Court, the Federal Rules of Civil Procedure, and the orders of this Court.  If the plaintiffs wish to reassert their claims, they must file a new civil action.  Accordingly,

IT IS ORDERED that the Motion is DENIED.

Dated August 5, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge