IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-02287-PSF-BNB

TYRONE W. ALLEN,
JAMES BAILEY,
SENECA NICHOLSON, and
A CLASS OF SIMILARLY SITUATED INDIVIDUALS,

    Plaintiffs,

v.

INTERSTATE SALES & SERVICE AUTO BROKERS,
SECURITY CAPITAL FUNDING,
FAR SIDE FINANCE, LLC,
DON MASSEY CADILLAC INC. and
AMERICAN FINANCIAL SERVICES,

    Defendants.

---

## ORDER ON MOTION TO STRIKE
---

    THIS MATTER is before the Court on Defendant Security Capital Funding's Motion to Strike Pleading (Dkt. # 71), filed October 11, 2005. In light of the Magistrate Judge's August 3, 2005 denial of the Plaintiff's Motion to File Fourth Consolidated Amended Complaint (Dkt. # 70), and because CM/ECF reflects no new filing by or on behalf of any plaintiff after the case was terminated in July 2005, this motion (Dkt. # 71) is DENIED as moot.

    DATED: October 17, 2005

                                              BY THE COURT:

                                              s/ Phillip S. Figa
                                              _____
                                              Phillip S. Figa
                                              United States District Judge